UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **09-21756-CIV-MORENO**

GUERSON CRUZ and all others similarly
situated under 29 U.S.C. 216(B),

    Plaintiff,

vs.

SOUTHERN WASTE SYSTEMS, LLC, et al.,

    Defendant.
_____/

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and 58, and in accordance with the reasons stated in the Court's Order Granting Summary Judgment on **January 25, 2010**, judgment is entered in favor of the Defendants Southern Waste Systems, L.L.C. and Southern Waste Systems Holdings, L.P. and against Plaintiff GUERSON CRUZ.

DONE AND ORDERED in Open Court at Miami, Florida, this 25th day of January, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record